IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MATTHEW HYDE,<br><br>    Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE<br>MANAGEMENT, LLC, et al.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§  Case No. 6:23-cv-56-JDK<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER OF DISMISSAL**

Plaintiff Matthew Hyde has voluntarily dismissed with prejudice Defendant Experian Information Solutions, Inc. (Docket No. 17). Plaintiff and Defendants Trans Union, LLC (Docket No. 20) and Credence Resource Management, LLC (Docket No. 22) have stipulated to dismissal with prejudice.

Pursuant to these voluntary and stipulated dismissals and Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(A)(ii), all pending claims in this case are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

**Signed this**

**23rd day of June, 2023**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE